LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

February 6, 2021

**Via ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Sharkeif Jones
                  Case No. 18 Cr. 220 (NRB)

Dear Judge Buchwald:

As Your Honor is aware, I represented Sharkeif Jones on the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Jones was previously sentenced by the Court.

I write to request that I be re-appointed *nunc pro tunc* to February 1, 2021, so that I may submit a CJA voucher for the work performed in connection with Mr. Jones's motion for compassionate release.

Mr. Jones is currently in quarantine because of COVID concerns. I request that I be provided ample time to confer with Mr. Jones and obtain medical records to supplemental his compassionate release motion.

I thank the Court for its attention to this matter.

```
Application granted.
SO ORDERED.
```

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano

```
           NAOMI REICE BUCHWALD
           UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
        February 8, 2021
```

cc: Julianna Murray, AUSA (via ECF)